# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBBIE ASUNCION, et al.,<br><br>    Defendants. | Case No. CV 17-1283 PSG (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: 3/12/21

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE